IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DAKOTA SMITH**                                                                      **PLAINTIFF**
**ADC #555199**

v.                   **Case No. 4:25-cv-00119-LPR-JJV**

**DEXTER PAYNE, et al.**                                                 **DEFENDANTS**

## ORDER

The Court has received the Partial Recommended Disposition (PRD) submitted by United States Magistrate Judge Joe J. Volpe (Doc. 20). No objections have been filed, and the time for doing so has expired. After a *de novo* review of the PRD, along with careful consideration of the entire case record, the Court hereby approves and adopts the PRD as its findings and conclusions in all respects.

Accordingly, Defendants' Motion for Summary Judgment (Doc. 16) is GRANTED in part and DENIED in part. Plaintiff may proceed with the failure to protect claim he raised against Defendants Shipman and Culclager in grievance MX-24-971. All other claims are DISMISSED without prejudice based on Plaintiff's failure to exhaust his administrative remedies. The Clerk is directed to terminate Director Dexter Payne and Lieutenant Matthew Elias as party Defendants. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal of this Order would not be taken in good faith.

IT IS SO ORDERED this 2nd day of September 2025.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE